UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22935-FAM

WINDY LUCIUS,

     Plaintiff,

v.

MOD SUPER FAST PIZZA, LLC,

     Defendant.

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

     Plaintiff, WINDY LUCIUS, and Defendant, MOD SUPER FAST PIZZA, LLC, having

entered into a confidential settlement and release agreement, and pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this

civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in

connection with this action.

Dated: September 24, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s Kevin M. Young* |
| J. Courtney Cunningham, Esq. | Kevin M. Young, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | SEYFARTH SHAW LLP |
| FBN: 628166 | FBN: 114151 |
| 8950 SW 74th Court | 1075 Peachtree Street, N.E. |
| Suite 2201 | Suite 2500 |
| Miami, Florida 33156 | Atlanta, GA 30309 |
| T:  305-351-2014 | Email: kyoung@seyfarth.com |
| cc@cunninghampllc.com | Telephone: 404-885-1500 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
